AO 91 (Rev. 11/11)  Criminal Complaint        *Harwood*                    **FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

SEP 20 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No. 7:18-MJ-289(01) |
| Rudy Valeriano CARRILLO, Jr. | ) |
| TN: Rodolfo Valeriano CARRILLO, Jr. | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __08/29/2018__ in the county of __Midland__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751 (a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremy T. Waechter, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __09/20/2018__

_____
*Judge's signature*

City and state: __Midland, Texas__       Ronald C. Griffin, United States Magistrate Judge
*Printed name and title*